# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00346-CV

### In re Alicia Ruth Arenas

### ORIGINAL PROCEEDING FROM COMAL COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus and request for temporary relief are denied. *See*
Tex. R. App. P. 52.8(a).

_____

Melissa Goodwin, Justice

Before Chief Justice Rose, Justices Goodwin and Field

Filed:   June 5, 2015